# United States Court of Appeals

## For the Eighth Circuit

---

No. 20-3240

---

Moulay Tidriri

*Plaintiff - Appellant*

v.

The Board of Regents; Mary Vermeer Andringa; Rochelle Athey; Tony Atilano; Sherry Bates; Clifford Bergman; Dawn Bratsch-Prince; Susan Carlson; J. Congdon; Patty Cownie; Joan Cunnick; Bob Donley; Milt Dakovitch; Jennifer Davidson, also known as Newman; Domenico D'Allesandro; Veronica Dark; Eugene Deisinger; Aaron Delashmutt; Derek Doebel; Dorothy Fowles; Steven Freeman; Nicholas D. Grossman; Dermot Hayes; Elizabeth Hoffman; Leslie Hogben; Carrie L. Jacobs; Rachel Johnson; Elgin Johnston; Wolfgang Kliemann; Larry E. McKibben; Roger Maddux; Michael Martin; Mark Miller; Katie Mulholand; Steven Leath; Howard Levine; Glenn Luecke; Justin Peters; Yiu Tung Poon; Bruce Rastetter; Paul Sacks; Subhash Sahai; Beate Schmittmann; Anne Vanderzanden; Dennis Vigil; Michael Whiteford; Jonathan Wickert; Zhijun Wu; Iowa State University

*Defendants - Appellees*

---

No. 20-3265

---

Moulay Tidriri

*Plaintiff - Appellant*

v.

The Board of Regents; Mary Vermeer Andringa; Rochelle Athey; Tony Atilano; Sherry Bates; Clifford Bergman; Dawn Bratsch-Prince; Susan Carlson; J. Congdon; Patty Cownie; George A. Carroll; Joan Cunnick; Bob Donley; Milt Dakovitch; Jennifer Davidson, also known as Jennifer Newman; Domenico D'Allesandro; Veronica Dark; Maureen DeArmond; Eugene Deisinger; Aaron Delashmutt; Derek Doebel; Jordan Esbrook; Dorothy Fowles; Steven Freeman; Carol J. Greta; Nicholas D. Grossman; Dermot Hayes; Elizabeth Hoffman; Leslie Hogben; Iowa State University; Carrie L. Jacobs; Rachel Johnson; Elgin Johnston; Wolfgang Kliemann; Steven Leath; Larry E. McKibben; Roger Maddux; Michael Martin; Mark Miller; Katie Mulholand; Howard Levine; Glenn Luecke; Kathryn A. Overberg; Justin Peters; Yiu Tung Poon; Bruce Rastetter; Dale Ruigh; Paul Sacks; Subhash Sahai; Beate Schmittmann; Paul Tanaka; Diane L. Tott; Anne Vanderzanden; Dennis Vigil; Michael Whiteford; Jonathan Wickert; Zhijun Wu

*Defendants - Appellees*

_____

Appeals from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: September 20, 2021
Filed: September 22, 2021
[Unpublished]

_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Before this court are two appeals by Moulay Tidriri from the district court's[1] dismissals of his employment actions. After careful review of the record and the

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

parties' arguments on appeal in each case, we find no basis for reversal. <u>See</u> <u>Hales v. Casey's Mktg. Co.</u>, 886 F.3d 730, 734 (8th Cir. 2018) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Tidriri's pending motion in No. 20-3265.

_____